# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

IN THE MATTER OF REASSIGNMENT

OF                                                          NOTICE OF REASSIGNMENT

CASES FROM HON. PAUL A. CROTTY

-------------------------------------X

The cases on the attached list are to be reassigned to the calendar of:

JUDGE KIMBA M. WOOD

The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of Reassignment on all defendants.

Dated: 09/30/2010

Ruby J. Krajick, CLERK

By: PHYLLIS ADAMIK
Deputy Clerk

cc: Attorneys of Record

1). 72-cv-01681    Audiovisual Publishers, Inc. v. Cenco Instruments Corp.

2). 08-cv-02156    Senno v. Elmsford Union Free School District et al.

3). 08-cv-09262    Soley v. Wasserman

4). 08-cv-09492    Ancile Investment Co. Ltd. v. Archer Daniels Midland Co.

5). 09-cv-05848    Cardenas et al v. The City of New York et al.

6). 09-cv-08978    Muhammad v. Juicy Couture/Liz Claiborne, Inc.

7). 09-cv-10580    Allam v. Meyers

8). 09-cv-10622    Scalia v. Jordache Enterprises, Inc.

9). 10-cv-00894    Fortis Bank SA./ N.V., Cayman Islands Branch et al v. Brookline Financing

10). 10-cv-02518  Prescia v. United States Life Insurance Company in the City of New York