MEMO ENDORSED

# ReedSmith

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 3/11/11 |

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

**Andrea J. Pincus**
Direct Phone: +1 212 205 6075
Email: APincus@ReedSmith.com

March 10, 2011

**VIA FACSIMILE and FIRST CLASS MAIL**
Richalyn Chambers
Courtroom Deputy
Chambers of Frank Maas
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  100007-1312

*Adjourned to 4/29/11 at 2 pm.*
*Fellman, USMJ, 3/11/11*

Re:    **Ancile Investment Company Limited v. Archer Daniels Midland Company**
       **08 Civ. 9492 (KMW) (FM)**

Dear Ms. Chambers:

    We represent Ancile Investment Company Limited, plaintiff in the above-referenced case. Due to a conflict, we are writing to request that the settlement conference presently scheduled for April 27, 2011 at 2:00 pm be rescheduled. We request that the conference be rescheduled for April 29, 2011, at a time convenient for Magistrate Judge Maas. We have conferred with counsel for Archer Daniels Midland Company and they are in agreement with this request.

    We appreciate your consideration of our request.

                                                        Regards,

                                                        *Andrea J. Pincus*
                                                        Andrea J. Pincus

**RECEIVED AND ACKNOWLEDGED:**

David M. Monachino, Esq.
Seyfarth Shaw LLP
       Attorneys for Archer Daniels Midland Company

cc:    Wendy H. Schwartz, Esq.

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE
#105732467