UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANCILE INVESTMENT COMPANY
LIMITED,

            Plaintiff,

    -against-                                           08 CV 9492 (KMW)

ARCHER DANIELS MIDLAND COMPANY,           **ORDER**

            Defendant.
------------------------------------------------------------X

WOOD, U.S.D.J.:

On March 8, 2011, this Court granted Defendant Archer Daniels Midland Company's partial motion to dismiss the amended complaint. As a result, the only remaining claim left in this litigation is a claim brought under Brazilian law.

At a status conference held on March 9, 2011, the Court adopted the following schedule for briefing on choice of law issues applicable to the remaining claim:

    (i) Any choice of law motion must be served no later than March 25, 2011.

    (ii) Any opposition to that motion shall be served no later than April 15, 2011.

    (iii) Any reply shall be served no later than April 27, 2011.

    (iv) Within one week of this Court's decision on the choice of law issues, the parties shall confer to establish a schedule for the exchange of any necessary expert report(s) on foreign law and the deposition of such experts.

SO ORDERED.

Dated: New York, New York
       March 16, 2011

                                                         Kimba M. Wood
                                                      United States District Judge