UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANCILE INVESTMENT COMPANY LIMITED,

        Plaintiff,

vs.

ARCHER DANIELS MIDLAND COMPANY,

        Defendant.

Civil Action No: 08 CV 9492 (PAC)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned of Reed Smith LLP appears in the case captioned above on behalf of plaintiff Ancile Investment Company Limited and respectfully requests that notice of electronic filing of all papers in the within action be transmitted to her at the address below.

DATED: April 15, 2011

        REED SMITH LLP

        By:   /s/ Andrea Pincus
            Andrea Pincus
            599 Lexington Avenue
            New York, New York 10022
            Tel.: (212) 521-5400
            Fax.: (212) 521-5450
            Email: apincus@reedsmith.com

        *Attorneys for Plaintiff*
        *Ancile Investment Company Limited*