UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
ANCILE INVESTMENT COMPANY                       :
LIMITED,                                        :
                                                :
                          Plaintiff,            :  Civil Action No.: 08-CV-9492 (PAC)
                                                :
            -against-                           :
                                                :
ARCHER DANIELS MIDLAND                          :
COMPANY,                                        :
                                                :
                          Defendant.            :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

Please enter the appearance of Kent D.B. Sinclair of the law firm Seyfarth Shaw LLP as counsel for Defendant Archer Daniels Midland Company in the above-referenced action. This appearance is in addition to that of David M. Monachino and Donald Dunn.

                                        Respectfully submitted,


                                           /s/ Kent D.B. Sinclair
                                        Kent D.B. Sinclair (KS 4877)
                                        SEYFARTH SHAW LLP
                                        World Trade Center East
                                        Two Seaport Lane, Suite 300
                                        Boston, MA  02210
                                        Telephone:  (617) 946-4800
                                        Facsimile:   (617) 946-4801
Dated: December 2, 2011                 E-Mail:  ksinclair@seyfarth.com

13991081v.1

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the Court's ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 2, 2011.

                                               /s/ Kent D.B. Sinclair
                                                 Kent D.B. Sinclair

13991081v.1